O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| PATRICIA FORD, <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT U.S.A., <br><br> Defendant. | CASE NO. ED CV05-00988 SGL <br><br> **JUDGMENT** |

This matter came on for trial on November 12, 2008. The plaintiff, PATRICIA FORD, was represented by Richard McCune and Kristy Arevalo of McCune & Wright, LLP, and the defendant HOME DEPOT U.S.A., INC. was represented by Paul Kaulas of McVey & Parsky, LLC and Robert Kum of Sedgwick, Detert, Moran & Arnold LLP.

The jury having found against the plaintiff PATRICIA FORD and in favor of defendant HOME DEPOT U.S.A., INC. on November 25, 2008, judgment is hereby entered in favor of the defendant HOME DEPOT U.S.A., INC.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED.

Dated: December 03, 2008

*[signature]*

Judge of the United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CASE NO. ED CV05-00988 SGL**